AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

InRe: LLS AMERICA, LLC,        Debtor

BRUCE P. KRIEGMAN, Chapter 11 Trustee,
                           Plaintiff,

v.

267406 BC, LTD, et al,
DON KENNEDY,

                   Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-484-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against Defendant DON KENNEDY as follows:

Monetary Judgment in the amount of $44,437.33 CAD, plus $6,478.66 USD, pursuant to 11 USC § 550 and RCW 19.40.071;
Costs in the amount of $250.00 USD.
Total judgment shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

November 1, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson