AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

InRe: LLS AMERICA, LLC,        Debtor

BRUCE P. KRIEGMAN, Chapter 11 Trustee,
                    Plaintiff,

v.

267406 BC, LTD, et al,
GINO PANUCCI and SHELLY PANUCCI,

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-484-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered against Defendant GINO PANUCCI and SHELLY PANUCCI as follows:

Monetary Judgment in the amount of $29,491.95 CAD, pursuant to 11 USC § 550 and RCW 19.40.071;
Costs in the amount of $250.00 USD.
Total judgment shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

November 1, 2012                    JAMES R. LARSEN
*Date*                              *Clerk*
                                    s/ Linda Emerson
                                    *(By) Deputy Clerk*
                                    Linda Emerson